KIRK GUINN 015448
GUINN LAW GROUP
3707 E. SOUTHERN AVE., STE. 1070
MESA, AZ 85206
(480) 246-8170
kirk@guinnlawgroup.com
Attorney for Debtor(s)/Plaintiff(s)

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re | Case No **2:12-bk-25257-GBN** |
|---|---|
| **ROBERT PATRICK MUSEWICZ, EDITH MUSEWICZ,** | FIRST INTERIM APPLICATION TO APPROVE ATTORNEY'S FEES AND COSTS |
| Debtor(s). | (11 U.S.C. § 330) |

Kirk Guinn, Counsel for Debtor(s) Robert Patrick Musewicz and Edith Musewicz ("Debtor"), on behalf of the Guinn Law Group (the "Firm") hereby submits this First Interim Application to Approve Attorney's Fees and Costs (the "Application") incurred on behalf of the Debtor.

In support of its Application, undersigned Counsel respectfully represents as follows:

NARRATION

A. Background

1. On November 21, 2012, the Debtors commenced this Chapter 13 proceeding.

2. This is the Firm's first interim application for compensation.

1

3. All services for which compensation is sought were provided on behalf of the Debtor.

4. The requested compensation is sought pursuant to 11 U.S.C. § 330.

5. Kirk Guinn has agreed to handle the Debtor's Chapter 13 administrative case to confirmation of the Debtor's Chapter 13 Plan on a flat fee basis for a total fee of $4,500.00 for the Chapter 13 Case, plus $1,500.00 for the adversary proceeding and $500.00 for costs. Debtor has paid a prepetition total of $1,900.00 plus $500.00 for costs to Guinn Law Group. The services to be performed per the agreement are set forth in **Exhibit "A"** attached hereto and incorporated herein by reference as though fully set forth and a copy of which is filed herein at docket no. 9.

6. In addition to the handling of the Debtor's administrative Chapter 13 case, the Debtor has hired Mr. Guinn to commence an adversary proceeding per 11 U.S.C. §506(a) and Rule 3012, Fed.R.Bankr.P. regarding avoiding the present junior mortgage lien of Wells Fargo Bank, N.A. ("Adversary Complaint"). Counsel Kirk Guinn agreed to handle the Debtor's Adversary Complaint on a flat fee basis for a total flat fee of $1,500.00.

7. The Firm has no arrangement with any entity other than the Debtor to pay the Firm for the services rendered on behalf of the Debtor. The Firm has not received any funds from any entity other than the Debtor for the services it has rendered on behalf of the Debtor.

8. The names of the Firm's attorneys and paralegals that have rendered the services for which compensation is requested and the hourly rate charged by each for matters billed on an hourly rate are as follows:

///

2
Case 2:12-bk-25257-GBN    Doc 25    Filed 01/23/14    Entered 01/23/14 14:03:58    Desc
Main Document    Page 2 of 5

| Provider | Hourly Rate |
| --- | --- |
| Kirk Guinn | $175.00 |
| Debbie McGuinness | $85.00 |
| Caley Payne | $85.00 |
| Chad Walton | $85.00 |

The rates charged by the above-named attorneys and paralegals in this matter are the standard rates that the Firm charges non-bankruptcy clients.

9. The fees requested are for services actually rendered in connection with the Debtor's Chapter 13 case.

10. During the Application Period, Debtor's Counsel has been, and continues to be, diligent in his efforts to assist the Debtor with this Chapter 13 Plan. Such efforts have included, without limitation, the following:

    a. Provide legal advice to the Debtor as to the rights, duties and powers of a Debtor in a Chapter 13 case and as to matters arising in or related to the Debtor's administrative Chapter 13 case;

    b. Preparation and filing of the Debtor's 13 Petition, Schedules and Statement of Financial Affairs;

    c. Review and analysis of and consultation with the Debtor regarding stay relief issues;

    d. Review and analysis of and consultation with the Debtor regarding any prospective adversary litigation issues;

    e. Consultation with the Debtor regarding disposition of assets;

    f. Consultation with the Debtor regarding preparation and filing of proposed Chapter 13 plan of reorganization; and

    g. Preparation and filing of this fee application.

11. In addition to the representation provided for the Debtor's administrative Chapter 13 case, Counsel also shall draft and file an Adversary Complaint pursuant to 11 U.S.C. §506(a) and Rule 3012, Fed.R.Bankr.P. with respect to a request for the avoidance of Wells Fargo Bank, N.A.'s junior mortgage lien and shall represent the Debtor in the adversary proceeding to Judgment or final ruling.

12. The Firm submits this Application as its request for payment and as proof of its administrative claim for legal services advanced in this matter as an administrative expense of the bankruptcy estate. This is the Firm's first request for interim compensation.

13. The Firm, through Counsel undersigned, certifies that the Debtor has received, reviewed and approved this Application.

Based on the foregoing, the Firm respectfully requests this Court enter an Order allowing:

   a. Interim compensation for professional services rendered by the Firm as the Debtor's Chapter 13 counsel in his administrative Chapter 13 Case in the amount of $4,500.00 plus $500.00 for costs;

   b. Interim compensation for professional services rendered by the Firm as the Debtor's counsel in the Adversary Complaint in the amount of $1,500.00;

   c. Directing the Chapter 13 Trustee to pay the balance of $4,100.00 to the Firm upon confirmation of the Debtor's Chapter 13 Plan, conversion of his above-captioned Chapter 13 proceeding to a case under Chapter 7, or dismissal of the Debtor's above-captioned Chapter 13 proceeding providing such payment does not prejudice the claims of the other administrative claimants;

   d. For such further relief as is just and proper.

Dated this 23rd day of January, 2014.

**GUINN LAW GROUP**

By /s/ Kirk Guinn
Attorney(s) for Debtor(s)

Copy of the foregoing mailed
this 23rd day of January, 2014,
to the following:

Russell Brown
Chapter 13 Trustee
Suite 800
3838 N Central Ave
Phoenix AZ 85012

and

All parties on the Debtor's Master Mailing List,
a copy of which is attached hereto as Exhibit "B"

/s/ Deborah McGuinness