KIRK GUINN 015448
GUINN LAW GROUP
3707 E. SOUTHERN AVE., STE. 1070
MESA, AZ 85206
(480) 246-8170
kirk@guinnlawgroup.com
Attorney for Debtor(s)/Plaintiff(s)

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re | Case No **2:12-bk-25257-GBN** |
|---|---|
| **ROBERT PATRICK MUSEWICZ, EDITH MUSEWICZ,** | NOTICE OF FIRST INTERIM APPLICATION TO APPROVE ATTORNEYS FEES AND COSTS |
| Debtor(s). | (11 U.S.C. § 330) |

**NOTICE IS HEREBY GIVEN THAT** Kirk Guinn of the Guinn Law Group, Counsel for Debtor(s), has filed his First Interim Application to Approve Attorney's Fees and Costs (the "Application") incurred during his representation of the Debtor. By its Application, the Firm requests interim compensation and reimbursement of actual costs and expenses in the amount of the agreed flat fee basis for a total fee of $4,500.00 for the Chapter 13 Case, plus $1,500.00 for the adversary proceeding and $500.00 for costs. A complete copy of the Application, statements and supporting documentation is available for review at the Clerk's Office, U.S. Bankruptcy Court, 230 N. First Ave, Suite 101 Phoenix, AZ 85003, or a copy may be obtained from Kirk Guinn at the address appearing on this pleading.

1

**NOTICE IS FURTHER GIVEN** that any objection to the Application must be filed within 21 days (by February 13, 2014), of the date of service of this notice, and that in the event an objection is filed, a hearing on the Application will be requested and held.

**NOTICE IS FURTHER GIVEN** that in the event no objection is filed to the Application, the Court may grant the relief requested without further hearing.

Dated this 23rd day of January, 2014.

                                        **GUINN LAW GROUP**

                                        By /s/ Kirk Guinn
                                        Attorney(s) for Debtor(s)

Copy of the foregoing mailed
this 23rd day of January, 2014,
to the following:

Russell Brown
Chapter 13 Trustee
Suite 800
3838 N Central Ave
Phoenix AZ 85012

and

All parties on the Debtor's Master Mailing List,
a copy of which is attached hereto.

/s/ Deborah McGuinness

```
Label Matrix for local noticing          Midland Funding LLC by American InfoSource L    PRA Receivables Management, LLC As Agent of
0970-2                                   Attn: Department 1                              POB 41067
Case 2:12-bk-25257-GBN                   PO Box 4457                                     Norfolk, VA 23541-1067
District of Arizona                      Houston, TX 77210-4457
Phoenix
Thu Jan 23 11:51:56 MST 2014

Wells Fargo Bank N.A.                    U.S. Bankruptcy Court, Arizona                  American InfoSource LP as agent for
1 Home Campus                            230 North First Avenue, Suite 101               Midland Funding LLC
X2303-01A                                Phoenix, AZ 85003-0608                          PO Box 268941
Des Moines, IA 50328-0001                                                                Oklahoma City, OK 73126-8941


Arizona Department of Revenue            B&B Transportation                              Banner Estrella Med CTR
P.O. Box 29085                           1645 W Valencia Rd. #109-402                    PO Box 2978
Phoenix AZ 85038-9085                    Tucson AZ 85746-6040                            Phoenix AZ 85062-2978


Banner Health                            CAPITAL ONE BANK (USA), N.A.                    Calvary Portfolio Services
PO Box 52616                             PO Box 12907                                    Attention: Bankruptcy Department
Phoenix AZ 85072-2616                    Norfolk VA 23541-0907                           500 Summit Lake Dr. Suite 400
                                                                                         Valhalla NY 10595-1340


Cap One                                  Capital One Bank (USA), N.A.                    Capital One, N.a.
Po Box 5253                              PO Box 71083                                    Capital One Bank (USA) N.A.
Carol Stream IL 60197-5253               Charlotte, NC 28272-1083                        Po Box 30285
                                                                                         Salt Lake City UT 84130-0285


Chase                                    Chela/Sallie Mae                                (p)CITIBANK
201 N. Walnut St//De1-1027               Attn: Claims Department                         PO BOX 790034
Wilmington DE 19801-2920                 Po Box 9500                                     ST LOUIS MO 63179-0034
                                         Wilkes-Barre PA 18773-9500


Credit Collections I                     (p)DELL FINANCIAL SERVICES                      Discover Bank
2601 Nw Expressway Suite 1000e           P O BOX 81577                                   DB Servicing Corporation
Oklahoma City OK 73112-7238              AUSTIN TX 78708-1577                            PO Box 3025
                                                                                         New Albany, OH 43054-3025


Discover Fin Svcs Llc                    Estrella Park Homeowners Assoc                  GE Capital Retail Bank
Po Box15316                              8765 W Kelton Lane, Bldg. A-1, Ste 102          Attn: Bankruptcy Department
Wilmington DE 19850-5316                 Peoria AZ 85382-5000                            PO Box 960061
                                                                                         Orlando FL 32896-0661


Gemb/care Credit                         Gembppbycr                                      Gurstel Chargo PA
Attn: bankruptcy                         Gemb/Attn: Bankruptcy                           9320 East Raintree Drive
Po Box 103104                            Po Box 103104                                   Scottsdale AZ 85260-2072
Roswell GA 30076-9104                    Roswell GA 30076-9104


HSBC                                     Hammerman & Hultgren, PC                        Harley Davidson Financial
Hsbc Retail Services/Attn: Bankruptcy D  3101 North Central                              Attention: Bankruptcy
Po Box 5263                              Suite 500                                       Po Box 182125
Carol Stream IL 60197-5263               Phoenix AZ 85012-2639                           Columbus OH 43218-2125
```

Harley-Davidson Credit Corp.
9441 LBJ Freeway, Suite 350
Dallas, TX 75243-4652

Harley-Davidson Credit Corporation
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243-4652

Inogen, Inc.
326 Bollay Drive
Goleta CA 93117-5550

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

MCM
Dept. 12421
PO Box 603
Oaks PA 19456-0603

Main Street Acquisition Corp., assignee
of CHASE BANK USA, N. A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Mayo Clinic
13400 East Shea Blvd
Scottsdale AZ 85259-5499

Midland Funding
8875 Aero Dr Ste 200
San Diego CA 92123-2255

Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

OAK HARBOR CAPITAL VII, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

OSNA AZ Orthopaedic Assoc at Gateway
690 N Cofco Center Ct., Ste. 290
Phoenix AZ 85008-6474

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sallie Mae Inc. on behalf of TGSLC
P.O. Box 83100
Round Rock, TX 78683-3100

Southwest Airlines Efc
2430 Shorecrest
Dallas TX 75235-1806

Southwest Airlines Federal Credit Union
PO Box 35708
Dallas TX 75235-0708

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

US Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

(c)UNKNOWN
2601 NW EXPRESSWAY STE 1000E
OKLAHOMA CITY OK 73112-7238

Us Dept Of Ed/glelsi
Po Box 7860
Madison WI 53707-7860

Usdoe/glelsi
2401 International
Madison WI 53704-3121

Verizon
Verizon Wireless Bankruptcy Administrati
Po Box 3397
Bloomington IL 61702-3397

Wells Fargo Bank
Overdraft Recovery Payment Pro. Dept.
A0143-042
P.O. Box 63491
San Francisco, Ca 94163-0001

Wells Fargo Bank Nv Na
Attn: Deposits Bankruptcy MAC# P610
Po Box 3908
Portland OR 97208-3908

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC #D3347-014
3476 Stateview Blvd
Fort Mill, SC 29715-7203

Wells Fargo Bank, NA
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328-0001

Wells Fargo Card Ser
1 Home Campus
3rd Floor
Des Moines IA 50328-0001

Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Hm Mortgag
Po Box 10335
Des Moines IA 50306-0335

West Asset Management
PO Box 790113
Saint Louis MO 63179-0113

EDITH MUSEWICZ
10503 WEST ZAK ROAD
TOLLESON, AZ 85353-5637

KIRK 1 GUINN
Guinn Law Group, PLC
3707 E. Southern Ave. #1070
Mesa, AZ 85206-6206

ROBERT PATRICK MUSEWICZ
10503 WEST ZAK ROAD
TOLLESON, AZ 85353-5637

RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank Usa
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City MO 64195

Dell Financial Services
1 Dell Way
Round Rock TX 78682

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Portfolio Rc
Attn: Bankruptcy
Po Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk VA 23541

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Unknown
2601 Nw Expressway Suite 1000
Oklahoma City OK 73112

End of Label Matrix
Mailable recipients    63
Bypassed recipients     0
Total                  63

Case 2:12-bk-25257-GBN    Doc 26    Filed 01/23/14    Entered 01/23/14 14:07:41    Desc
Main Document    Page 5 of 5