Kirk Guinn #015448
Guinn Law Group, PLC
3707 E Southern Ave., #1070
Mesa AZ 85206
480-246-8171
kirk@guinnlawgroup.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**ROBERT PATRICK MUSEWICZ,**<br>**EDITH MUSEWICZ,**<br><br>Debtor(s) | In Proceedings Under Chapter 13<br><br>Case No. **2:12-BK-25257-GBN**<br><br>OBJECTION TO ORDER DISMISSING CASE LODGED BY TRUSTEE |

**COMES NOW**, Robert Patrick Musewicz and Edith Musewicz, hereinafter referred to as Debtors, by and through undersigned counsel and hereby Objects to the Dismissal Order filed by Russell Brown, hereinafter Trustee and states as follows:

1. Trustee lodged an Order Dismissing Case on January 30, 2014. The basis for dismissal was failure to comply with Trustee's Recommendations.

2. Debtors plan payments are current.

3. An extension of time to comply with the trustee recommendations is needed due to the recent death of Debtor Robert Patrick Musewicz.

4. Amended schedules I, J will need to be filed once income has been determined so plan payment can be adjusted if needed.

5. A notice and copy of the death certificate will be filed with the court upon receipt

**THEREFORE**, Debtor requests this Honorable Court to:

A. Reinstate this case along with all stays not previously lifted;

B. Reinstate all matters pending before the Court in this case; and

C. Any other relief the Court deems just and proper

Respectfully submitted on this the 3rd day of February, 2014.

                                      /s/ Kirk Guinn
                                      Kirk Guinn, Attorney for Debtors

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of this Objection were mailed by me on February 3, 2014 to the following parties:

        Russsell Brown
        Chapter 13 Trustee
        Suite 800
        3838 N Central Ave
        Phoenix AZ 85012

        Edith Musewicz
        10503 West Zak Road
        Tolleson AZ 85353-5637

/s/Deborah McGuinness